UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN JAVIER GOMEZ
JIMENEZ,                                          Case No. 26-10706

      Petitioner,                           F. Kay Behm
v.                                               U.S. District Judge

DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Respondent.
_____/

## ORDER GRANTING MOTION TO STRIKE (ECF No. 6) AND DISMISSING CASE WITHOUT PREJUDICE

A petition for habeas corpus was brought in this case on behalf of Jonathan Javier Gomez Jimenez (ECF No. 1).  However, a petition for a writ of habeas corpus must be in writing and "signed and verified by the person for whose relief it is intended or by someone acting in his behalf," known as a "next friend."  28 U.S.C. § 2242; *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1989).  The petition was not signed by Petitioner personally, and the court did not allow Yusleidy Hernandez, the signatory on the petition, to proceed as "next friend" of Petitioner, because Hernandez did not explain their relationship to Petitioner.

1

ECF No. 9.  The court then gave Petitioner twenty-one days to cure the issue: by Hernandez filing a supplemental brief regarding his relationship with Petition to justify next-friend status, by Petitioner filing an Amended Petition signed by Petitioner personally, or by the appearance of an attorney on Petitioner's behalf.  *Id.*  The court warned that if no action was taken, the motion to strike (ECF No. 6) would be granted and this case would be closed.

No responsive pleading has been filed, nor responsive action taken, within the 21-day deadline, which expired on May 8, 2026, and so the motion to strike (ECF No. 6) is **GRANTED**, the text-only order enjoining Petitioner's transfer is **VACATED**, and this case will be dismissed without prejudice.  Petitioner may refile his petition if he signs the petition himself, if his next friend establishes that procedure is warranted, or if an attorney files a petition on his behalf.

**SO ORDERED**.

Date: May 13, 2026                    s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge

2